UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00487

**Dominique Gonzales,**
*Plaintiff,*

v.

**State of Texas,**
*Defendant.*

# ORDER

Plaintiff Dominique Gonzales, proceeding pro se, filed this civil suit without paying the filing fee while she was an inmate of the Ellis County Jail. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On February 6, 2024, the magistrate judge issued a report recommending that this case be dismissed without prejudice due to the plaintiff's failure to comply with the court's order to satisfy the filing fee requirement for this case and to file an amended complaint. Doc. 8. A copy of the report was mailed to the plaintiff at her last known address, but she did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on March 27, 2024.*

J. CAMPBELL BARKER
United States District Judge